UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLAS STERLING LITTLE,<br><br>               Petitioner,<br><br>   v.<br><br>RONALD HAYNES,<br><br>               Respondent. | Case No. C20-1071-TSZ-MLP<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

Finding good cause, the Court GRANTS Respondent's Motion for an Extension of Time to File Answer (dkt. # 12). Respondent shall file his Answer to Petitioner's habeas petition on or before **November 13, 2020**. The Clerk is directed to send copies of this Order to the parties and to the Honorable Thomas S. Zilly.

Dated this 14th day of October, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING MOTION FOR
EXTENSION OF TIME  - 1