UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLAS STERLING LITTLE,<br><br>               Petitioner,<br><br>   v.<br><br>RONALD HAYNES,<br><br>               Respondent. | Case No. C20-1071-TSZ-MLP<br><br>ORDER |

This is a federal habeas action filed under 28 U.S.C. § 2254. On October 19, 2020, Petitioner filed a "Motion to Proceed Ex Parte" ("Petitioner's Motion") seeking the Court to allow him to proceed "ex parte" and default Respondent in this matter because Respondent allegedly did not timely file an answer to Petitioner's habeas petition.[1] (Dkt. # 15 at 1-2.) However, on October 14, 2020, this Court granted Respondent's Motion for an Extension of Time to File Answer (dkt. # 12) allowing Respondent until November 13, 2020, to file an answer. (Dkt. # 14.) Therefore, Respondent's time to file an answer has yet to expire.

---

[1] According to a docket note entered on October 21, 2020, this Court's Order granting an extension of time to file an answer was not delivered to Petitioner until October 21, 2020, due to technical issues at the Stafford Creek Corrections Center.

ORDER - 1

Accordingly, the Court DENIES Petitioner's "Motion to Proceed Ex Parte" (dkt. # 15). The Clerk is directed to send copies of this Order to the parties and to the Honorable Thomas S. Zilly.

Dated this 21st day of October, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2