UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICHOLAS STERLING LITTLE,

                Petitioner,

    v.

RONALD HAYNES,

                Respondent.

Case No. C20-1071-TSZ-MLP

ORDER GRANTING MOTION FOR EXTENSION OF TIME

This matter is before the Court on Respondent's Second Motion for an Extension of Time to File Answer. (Dkt. # 20.) Respondent was previously granted an extension of time to file answer because he had not received the state court record from the Washington state courts by the previous deadline. (Dkt. ## 12, 14.) Respondent now submits that he has received court files from the Washington Supreme Court but requests a 35-day extension of time in order to receive court files from the Washington Court of Appeals. (Dkt # 21 at ¶ 5.) Petitioner objects to this Court granting Respondent an additional extension and argues that Respondent is engaging in "dilatory tactics." (Dkt. # 22.)

    Here, Respondent has reasonably articulated that he has been unable to file an answer because he has not received the court files necessary to compile the state court record. (See dkt.

- 1

# 21 at ¶ 5.) Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in United States District Courts, the compilation of the state court record is necessary in order for Respondent to file an answer.

Accordingly, finding good cause, the Court GRANTS Respondent's Second Motion for an Extension of Time to File Answer (dkt. # 20). Respondent shall file his Answer to Petitioner's habeas petition on or before **December 18, 2020**. The Clerk is directed to send copies of this Order to the parties and to the Honorable Thomas S. Zilly.

Dated this 12th day of November, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge