UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLAS STERLING LITTLE,<br><br>      Petitioner,<br><br>  v.<br><br>RONALD HAYNES,<br><br>      Respondent. | Case No. C20-1071-TSZ-MLP<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

Based on Petitioner's Motion for Extension of Time to File Reply ("Petitioner's Motion"), and that opposing counsel has no opposition, the Court GRANTS Petitioner's Motion (dkt. # 39). Petitioner shall file his Reply to Respondent's Answer on or before **February 11, 2021**.

The Clerk is directed to re-note Respondent's Answer (dkt. # 24) on the Court's calendar for consideration on **February 11, 2021** and directed to send copies of this Order to the parties and to the Honorable Thomas S. Zilly.

Dated this 5th day of January, 2021.

*/s/ Michelle L. Peterson*
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING MOTION FOR
EXTENSION OF TIME - 1