UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICHOLAS STERLING LITTLE,

          Petitioner,

v.

RONALD HAYNES,

          Respondent.

Case No. C20-1071-TSZ-MLP

ORDER

This is a federal habeas action filed under 28 U.S.C. § 2254. On July 21, 2020, Petitioner filed his habeas petition, which this Court directed service on August 26, 2020. (Dkt. ## 6, 10.) After two extensions of time to file, Respondent filed his answer and the state court record on December 18, 2020. (Dkt. # 24.) On February 2, 2021, Petitioner filed his reply, and Petitioner's habeas petition will be ripe for this Court's review on February 11, 2021. (Dkt. # 42.) However, since the submission of his reply, Petitioner has additionally filed: (1) a motion for discovery (dkt. # 43), noted for February 19, 2021; (2) a motion for summary judgment (dkt. # 44), noted for February 26, 2021; and (3) a motion for sanctions (dkt. # 46), noted for February 26, 2021.

Accordingly, the Court deems it appropriate to direct the Clerk to RE-NOTE Petitioner's: (1) petition (dkt. # 24); (2) motion for discovery (dkt. # 43); (3) motion for summary judgment

ORDER - 1

(dkt. # 44); and (4) motion for sanctions (dkt. # 46) all to be heard concurrently on **February 26, 2021**. Respondent may file response briefs to Petitioner's motions by **February 22, 2021**, and Petitioner may file reply briefs by the noting date.

The Clerk is further directed to send copies of this Order to the parties and to the Honorable Thomas S. Zilly.

Dated this 10th day of February, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2