UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICHOLAS STERLING LITTLE,

    Petitioner,

  v.

RONALD HAYNES,

    Respondent.

C20-1071 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Petitioner's motion for an extension, docket no. 61, to file objections to the Honorable Michelle L. Peterson's Report and Recommendation ("R&R") is GRANTED. The R&R, docket no. 59, is hereby RENOTED to **July 2, 2021**. Petitioner shall file any amended objections to the R&R on or before July 2, 2021.

(2) Petitioner's motion for leave to file an overlength brief, docket no. 65, is GRANTED.

(3) The Clerk is directed to send a copy of this Minute Order to pro se Petitioner, to all counsel of record, and to Judge Peterson.

Dated this 1st day of June, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1