UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICHOLAS STERLING LITTLE,

        Petitioner,

v.

RONALD HAYNES,

        Respondent.

C20-1071 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Petitioner's motion for reconsideration, docket no. 75, is DENIED. The Court denied Petitioner's motion for sanctions, docket no. 68, in part because Petitioner did not specify which state court records Respondent failed to file in this Court. *See* Minute Order at ¶ 2 (docket no. 73). In his motion for reconsideration, docket no. 75, Petitioner has clarified that he seeks sanctions because Respondent has failed to *serve* him with a paper copy of the state court records contained in Exhibits 1–5 attached to the Submission of Relevant State Court Record, docket nos. 25 and 25-1—despite the certificate of service executed on December 18, 2020, showing that Respondent's counsel caused to be mailed to Petitioner a paper copy of the state court records at issue. *See id.* at 5; *see also* June 21, 2021, Certificate of Service (docket no. 76). The Court upholds its prior conclusion, and Judge Peterson's conclusion, that Respondent's submission of the state court records, including those contained in docket nos. 25 and 25-1, complied with the relevant procedural requirements. *See* Minute Order at ¶ 2 (docket no. 73); Order (docket no. 58 at 4–6). Absent a showing of manifest error in the Court's prior rulings, *see* docket nos. 58 & 73, or new facts or legal authority that support Petitioner's motion for sanctions, docket no. 68, the Court denies the instant motion for reconsideration, docket no. 75. *See* Local Civil Rule 7(h)(1).

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to pro se Petitioner, all counsel of record, and Judge Peterson.

Dated this 23rd day of June, 2021.

                                              William M. McCool  
                                              Clerk

                                              s/Gail Glass  
                                              Deputy Clerk

MINUTE ORDER - 2