UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICHOLAS STERLING LITTLE,

                          Petitioner,

              v.                                          C20-1071 TSZ

RONALD HAYNES,                                   MINUTE ORDER

                          Respondent.

        The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

        (1)     Petitioner Nicholas Little's motion for an extension, docket no. 89, to file
amended objections to Judge Peterson's Report and Recommendation ("R&R"), docket
no. 59, and an amended motion for a certificate of appealability is STRICKEN as moot.
Petitioner prematurely filed a notice of appeal on July 20, 2021, *see* docket no. 85, and
final judgment was entered two days later, on July 22, 2021, *see* docket no. 87.  The
Court now lacks jurisdiction to rule on the pending motion, docket no. 89, or to
reconsider its adoption of the R&R and its related rulings.  *See Griggs v. Provident
Consumer Disc. Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event
of jurisdictional significance—it confers jurisdiction on the court of appeals and divests
the district court of its control over those aspects of the case involved in the appeal.").

        (2)     The Clerk is directed to send a copy of this Minute Order to Petitioner,
proceeding pro se, and all counsel of record.

        Dated this 26th day of July, 2021.


                                        Ravi Subramanian_____
                                        Clerk


                                        s/Gail Glass_____
                                        Deputy Clerk

MINUTE ORDER - 1