UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICHOLAS STERLING LITTLE,

　　　　　　　Petitioner,

　　v.

RONALD HAYNES,

　　　　　　　Respondent.

C20-1071 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)　The Court requests a response to Petitioner's Motion for Reconsideration, docket no. 91. No reply shall be filed by Petitioner unless requested by the Court. Respondent is DIRECTED to file his response to the motion for reconsideration by Friday, April 8, 2022.[1]

(2)　The motion for reconsideration is RENOTED to April 8, 2022.

---

[1] A typewritten version of Petitioner's amended objections is filed at docket no. 81. The Court considered the typewritten version of the amended objections in its order adopting the Report and Recommendation ("R&R"), docket no. 86, entered on July 22, 2021. The typewritten version of Petitioner's amended objections does not contain any supporting exhibits. The Court did not consider any supporting exhibits to Petitioner's amended objections when it adopted the R&R. Petitioner alleges that he attempted to file his amended objections with supporting exhibits on July 2, 2021, but a prison official failed to properly scan and file the documents due to a technical error. The supporting exhibits to Petitioner's amended objections are now filed at docket no. 92-1.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record and Petitioner.

Dated this 18th day of March, 2022.

                                        Ravi Subramanian
                                        Clerk

                                        s/Gail Glass
                                        Deputy Clerk

MINUTE ORDER - 2